IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOSHUA J. BARRON                                                                                    PLAINTIFF

     v.                                              CIVIL NO. 3:19-cv-03037-MEF

ANDREW M. SAUL,[1]
Social Security Administration                                                              DEFENDANT

**FINAL JUDGMENT**

     This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for Disability Insurance Benefits.  The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit.  The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows, to-wit:

     For the reasons announced by the Court on the record on May 15, 2020, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

     IT IS SO ORDERED this the 15th day of May 2020.

     /s/ *Mark E. Ford*
     HON. MARK E. FORD
     UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul was confirmed by the Senate on June 4, 2019, replacing Nancy A. Berryhill as the Acting Commissioner of the Social Security Administration.